PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX YRIGOLLEN,<br><br>Petitioner,<br><br>v.<br><br>B.M. TRATE, WARDEN, USP-ATWATER,<br><br>Respondent. | CASE NO. 1:23-CV-00981-JLT-SAB (HC)<br><br>STIPULATION TO MODIFY EXISTING BRIEFING SCHEDULES; ORDER |
| SALVADOR CASTRO,<br><br>Plaintiff,<br><br>v.<br><br>B.M. TRATE, WARDEN, USP-ATWATER,<br><br>Defendants. | CASE NO. 1:23-CV-00982-JLT-SAB (HC) |
| ROBERT MALDONADO,<br><br>Petitioner,<br><br>v.<br><br>B.M. TRATE, WARDEN, USP-ATWATER,<br><br>Respondent. | CASE NO. 1:23-CV-00993-JLT-SAB (HC) |

STIPULATION AND ORDER            1

| | |
|---|---|
| BRYAN ROBLEDO,<br><br>Petitioner,<br><br>v.<br><br>B.M. TRATE, WARDEN, USP-ATWATER,<br><br>Respondent. | CASE NO.  1:23-CV-00995-JLT-SAB (HC) |
| EDGARDO RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>B.M. TRATE, WARDEN, USP-ATWATER,<br><br>Respondent. | CASE NO.  1:23-CV-01008-JLT-SAB (HC) |

**STIPULATION**

1. By this stipulation, the parties agree and stipulate to the following modified briefing schedule pertaining to each of the pending 28 U.S.C. § 2241 petitions.

    a) <u>Robledo v. Trate</u>, 1:23-cv-00995 - The Respondent's response is now due on or before October 17, 2023, and any reply due on or before December 7, 2023;

    b) <u>Maldonado v. Trate</u>, 1:23-cv-00993 – The Respondent's response is now due on or before October 17, 2023, and any reply due on or before December 7, 2023;

    c) <u>Castro v. Trate</u>, 1:23-cv-00982 – The Respondent's response is now due on or before October 27, 2023, and any reply due on or before December 21, 2023;

    d) <u>Yrigollen v. Trate</u>, 1:23-cv-00981 – The Respondent's response is now due on or before October 27, 2023, and any reply due on or before December 21, 2023;

    e) <u>Rodriguez v. Trate</u>, 1:23-cv-01008 – The Respondent's response is now due on or before October 27, 2023, and any reply due on or before December 21, 2023.

IT IS SO STIPULATED.

Dated: October 5, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant United States Attorney

Dated: October 5, 2023

/s/ Karen Lee Landau
KAREN LEE LANDAU
Counsel for Petitioners
Bryan Robledo
Robert Maldonado
Salvador Castro
Alex Yrigollen
Edgardo Rodriguez

**ORDER**

IT IS SO ORDERED.

Dated:   **October 6, 2023**

UNITED STATES MAGISTRATE JUDGE