UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ROBLEDO,<br><br>        Petitioner,<br><br>    v.<br><br>B.M. TRATE, et al.,<br><br>        Respondents. | No. 1:23-cv-00995-JLT-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 16, 18) |

Bryan Robledo, represented by counsel, is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The magistrate judge issued findings and recommendations that recommended granting Respondent's motion to dismiss and dismissing the petition for writ of habeas corpus. (Doc. 18.) Petitioner filed timely objections. (Doc. 19.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

    1. The findings and recommendations issued on February 12, 2024 (Doc. 18) are

1

      **ADOPTED IN FULL**.

2. Respondent's motion to dismiss (Doc. 16) is **GRANTED**.

3. The petition for writ of habeas corpus is **DISMISSED**.

4. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:   **May 30, 2024**                         */s/ Jennifer L. Thurston*
                                                    UNITED STATES DISTRICT JUDGE